U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
NOV 0 3 2026
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Utica

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Gene Kubiak Plaintiff(s)

vs.

FBI

Defendant(s)

Civil Case No.: 6:26-CV-2260 (BKS/ML)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ◯ JURY ◯ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2. Plaintiff: Gene Kubiak

Address: 311 Monaghan Lane
Utica NY 13502
(315) 790-2500

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: FBI

Official Position: ____

Address: 200 McCarty Ave
Albany NY 12209

8. **FACTS**

Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

3/19/2023 Home invasion Curtis Rodriguez B/ FBI I Had my Door Broken And I was Physically Assaulted AWS Police ARE covering it up And they have DNA Evidence.

9/10/26 Duke Properties 30 Day Notice Landlord FBI Runs Duke Properties

8/22/20 Judge Lynn Kattar of Frankfort NY Denying me of my Due Process Due to FBI Corruption

1/6/26 Trooper Williams Falsified A DWI Drugs For FBI

1/30/21 DA Karla Potter Saratoga Spark 1 Year order of Protection For FBI

3/14/19 DWI Drugs Lawyer John Raspanti Conspiracy With FBI

9. **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Violation of Constitutional Rights

1st 2nd 4th 5th 6th 8th 10th

1st Retaliation By FBI For Defending my Self, Freedom of Speech They Are Telling me I Can't Talk in my home Because They Hid Cameras And all of Albany FBI is watching And Listening to me.

2nd Loss of Gun Rights Due to the 4th illegal Search And Seizure And Unlawful monitoring

Over →

4th Illegal Search & Seizure By FBI They Are Always in my Home And Vehicles. I Cant Hide money Or Valuables And they Are Gone when I Return Home. Vandalism of my Home's And Vehicles And Important Paperwork missing.

5th Violating my Right to ~~Lives~~. Life Liberty And Pursue happiness Every Day I Playing Around with Working Security ~~Cameras~~ Cameras. Changing Passwords, Locks, Vandalism. Due Process the FBI is Interfering with The Judicial System, The play A Part in Having me Arrested then the Contact my Lawyer, the DA The Judge And they Tamper with Witness. They Also Fabricate Evidence. the Called my Parole Officer. Then they have Hidden Cameras in my Home And the Can See everything On my Phone, they Are Seeing my ~~Discovery~~ discoverys And Stealing my Court Papers ~~From~~ From my TABLE.

6th my ~~Sent~~ Town Of Schuyler Court Cases, The number of Cases Keeps growing Due to FBI Interference And I Being Denied my Right to A Fast And Speedy trial its Been over 2 Plus years And Still Waiting On A Trial. Also A Jury Of my peers would Be Felonys And People with Criminal Records

5. The conduct complained of in this action involves:
(Check all that apply)

- (A) ☐ Failure to employ.
- (B) ☒ Termination of employment.
- (C) ☒ Denial of participation in public service or program.
- (D) ☐ Failure to make alterations to accommodate disability.
- (E) ☒ Retaliation.
- (F) ☐ Other acts as specified below:

______________________________

______________________________

______________________________

6. **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

**Note:** Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

Out Side Interference With my Employment, With my Residence, Food Stamp Fraud Work Release, NYS Police as the FBI Henchmen Interference With my medical from Doctors to Surgery

b. If the defendant is a corporation FBI

The defendant, *(name)* ~~Gere A Kusiak IV~~, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York, Florida. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$400 Million 20 plus years of numerous Constitutional violations on a daily basis

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

my Civil Right Are Being violated And I'm Being Embezzled, Frauded, Robbed And Sexually harassed verbally and on social media and on TV BY The Federal Bureau of Investigation FBI

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$9000 Vehicle Damage
$10,000 Home Damages
110,000.00 Tractor Trailer
2,660000 Loss Wages
3600.00 Bus Swap Guy
$80000 Legal Fees

$400 million Total Compensation
Inheritance $ Unknown
Florida Home
$ 8,400 Rent
$ 5,000 Repairs
$ 4,000 Cocoa Florida

b. Defendant: Male Unknown Tom?

Official Position: Special Agent

Address: 511 Donyu Dr ~~Clipped~~ Lane

Utica NY 13502

c. Defendant: Female - Lis Plate N.Y. BAU1315

Official Position: Special Agent

Address: 414 Donyu Dr Clipped Lane

Utica NY 13502

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Everyday till Present going Back 20 years
Unlawfully Entering my Home
Unauthorized Surveillance or hidden Cameras
in my home, Vehicles And place of work 24/7
Hacking into my phone 24/7
Stealing my Possessions including money, Property
Vehicles, ID
Abuse of Power Using N/S Police to
Unlawfully Pull me over And Being Arrested
Performing A Full investigation of me And I've
Done Nothing Wrong, Tampering with the Judicial Process

## SECOND CAUSE OF ACTION

8th The FBI Keeps Having me Arrested They Kicked ~~Knocked~~ The Front Lis Plate off my Car and Had NYS Police Pull me over, I was Detained And my Vehicle was Searched Illegally Then in Herkimer Town Court, They FBI Keeps Calling different Police Agency on me no matter where I am Utica, Schuyler, Basis Saratoga Springs. The FBI Also is harrassing me on a Daily ~~Basis~~ Telling me Im Under Arrest Come Out with my Hands Up And my Pants Off

## THIRD CAUSE OF ACTION

10 The Feds Are Controlling the State Police including Internal Affairs And Telling them what to do Because Im out of there Jurisdiction for Federal Charges so Im up to my neck with State Charges

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

10/24/2026
(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

_______________
(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

5. **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

## FIRST CAUSE OF ACTION

Hidden Cameras in my Home, Vehicles, Family's Homes, Hotel Rooms, Shed, Work Vehicles Tractor Trailer's, Tanning Rooms Planet Fitness

## SECOND CAUSE OF ACTION

Monitoring my Cell Phone, Illegal Surveillance Calling my Jobs getting me Fired multiple times, Using the NYS Police to Do there Dirty Work, Illegal Pull overs, towing my Vehicles, Falsified DWI Drugs, Loss of Drivers Lis Permanently

## THIRD CAUSE OF ACTION

Tampering with The Judicial System, Having me Arrested 14 times, Calling my Lawyers, Judges, DA'S OFFICE, Prosecutors OFFICE, Tampering with Witnesses, Fraud on my homes, INHERITANCE Fraud, Credit Card Fraud

7. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

To Be made whole, Homes NY, Florida Chicago, Wisconsin, Inhtarance, Punitive Damages, Compasory Damages. Prison time and Loss of All Electronics For All guilty Parties involved, Conspiracy Between DHS and Federal Employees - Law Enforcement

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/19/2026

Gene A Kubiak

[signature]

Signature of Plaintiff(s)
(all Plaintiffs must sign)

15. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

To Be Made Whole Financially, Criminal Record, Drivers Lic And to Inaccurate The Guilty Parties And Make them Pay Restitution and A Public Apology & 400 million dollars

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/28/2026

Signature of Plaintiff(s)
(all Plaintiffs must sign)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment 2nd Amendment 4th Amendment
5th Amendment 6th Amendment 8th Amendment 10th Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Gene Kubiak, is a citizen of the State of *(name)* New York.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* FBI, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* ______.

**United States District Court for the Northern District of New York**

I Gene A. Kubiak, II, am 51 years old and disabled. I am writing to the Federal Court in regards to FBI corruption against me. As you will read I you will learn of what crimes and abuse of power and the negative role they played in my life. I am seeking an injunction and help and cash relief in the sum of $400.000,000 (four hundred million dollars) for over twenty years due to being tortured and the hell that they are putting me through—mentally, financially, and socially on a daily basis. As you read on, I have the categories/ indexing lettered and numbered for easier understanding and for your evidence look up.. In some of the categories, you will notice a social media post done to harass me by the FBI. The FBI is feeding their posts into my TikTok feeds which is harassing me. The thousands of posts that they are creating are meant to harass me and they're laughing in the face of justice, and it proves that they are creating the posts, because nobody else could possibly know this information that pertains to only what is exactly happening in my life. They have had New York State police arrest me many times and there are too many arrests to count. The NYS police in Herkimer NY and the NYS police of Internal Affairs are well aware of what's going on, and they know the special agents who are behind it. It is a political coverup by law enforcement for law enforcement. I have a list of all of the criminal reports and most of the cases are currently pending trial. They are lettered 'A.'

**( A -1 )** Schuyler Town Court, false arrest for trespassing; case is pending trial.

( A- 2 )_trespassing, Schuyler Town Court, case dismissed.

**( A -3 )** On March 31, 2022, I was charged with welfare fraud.

(A-4) (A-5) You will notice corruption with two lawyers that I filed grievances against: John J Raspante, page (A-4 ) and Frank Brigano, page ( A- 5 ).

(A -6 ) I have also filed complaints against the Frankfort Town Court Judge, of Frankfort, NY. The complaint I filed is Commission Judicial Conduct—this is A6.

( A -7 )_The Certificate of Disposition is DUI, Drugs, dismissed—this is A7.

(A -8 )The Department of Transportation Audit on my trucking business, anonymous phone call—this is (A8).

(A -9 )I filed a civil case with NYS Court of Claims for NYS police misconduct. The details for the Court of Claims civil suit is A9.

(A 10 )New York State Police called in the wrong license plate number—this is A10.

(A -11 )_On July 25, 2026, I was placed under citizen's arrest by my neighbor, Phil Blazek outside my home, and then I was charged with obstruction by New York State Police. New York State Police with excessive force, broke my shoulder in three places. My first surgery by Dr Wiggerson of Utica, NY failed. The second surgery was three weeks later, and then it was delayed a day due to the FBI behind the scenes causing corruption, with the FBI trying to place me in a room that they wanted me in. The FBI's reasoning for putting me into this room was premeditated. They were trying to figure out who was in the room, so that they could patch into the other patient's phone-- so that they could listen to everything that was happening ,that was going on with me through the roommate's phone. Then, I was denied pain medicine after coming out of the operating room. This was at Upstate University Hospital,, and I took a ride-share to Community Hospital, in Syracuse, NY. Upon arrival, they took several hours to give me pain medicine. They would not admit me. They

administered the pain medication into my muscle. The hospital would not give me iv pain medication which I find not normal hours after a major surgery . I did file a complaint with the hospital and nothing was. The FBI is behind this whole ordeal of cruel and unusual punishment.

(A- 12 )I had a problem in Town of court. Some trial cases pending over two years. A violation of my constitutional rights to a fast and speedy trial. I wrote the Herkimer County District Attorney's office they dismissed two cases and wrote me back a descent. In which I nor the court understands their descent. All of these arrests are by the New York State Police in different jurisdictions. The FBI is having the FBI do their dirty work. Also, the FBI is giving my exact location to the New York State Police for all of the traffic stops, I have encountered . The FBI stole my front license plate off of my car and had the New York State Police pull me over in Herkimer NY and their probable cause was no front license plate. I was issued three tickets: no front license plate, passed a red light, and driving without a license. I was detained in the back of the police cruiser. They illegally searched my vehicle, and illegally towed it. This was a $300 towing bill. I had the case reopened for inadequate counsel and my next court date is November 10, 2026 at 5pm. I am requesting dash-cam video. I went to file a missing license plate report and Utica Police said the license place was turned into the DMV. I know for a fact that the FBI turned it in. All of these arrests and pullovers are because of the FBI. No one can get into this much trouble. It is not possible for a 51-year-old male who is disabled. I know for a fact that the FBI is trying to silence me and put me in prison. There motive is to coverup their crimes against me and my family as you will learn as you read on. Every night, I am having verbal arguments with the FBI outside my home—a male and female. The female addresses the male as Tom. I gave her

the name of google. I have no idea of there real names. I know they have hidden cameras inside my home because they broke my printer, because they know I am filing a federal claim against them. They watch me like a hawk.

There have been too many vehicle stops, vandalism of my home inside and outside, along vandalizing my vehicles. I have lost employment at Mustang Carriers, because I was constantly drug tested (386) 222-8525, by Bob Morgan, owner, and I never failed their supervised drug tests. The male in the room viewing me urinating in the cup was an undercover FBI agent and he was wearing regular street clothes. The next company of where I lost work, was at Service Plus Transport, Blaine, MN. Their phone number is (763) 571-8786. I was fired from this job, due to FBI interference. The FBI hid cameras in my work truck and in the sleeper area of my truck, violating my right to privacy. While working at Service Plus Transport, on my off time at home, I received a phone call from a company trying to get me to transport a load. They called me repeatedly for three hours, which was not normal. The company dispatches loads, not from a random phone call. I was on my home time, and I was home drinking alcohol with my girlfriend. This was entrapment by the FBI. I never took the load . I'm sure Service Plus Transport can verify the FBI's involvement in these maters. I also worked for a trucking company, Prime Inc. from Springfield, MO, (417) 866-0001. My supervisor was Brian Morrison, on the advanced fleet, in which I was leasing to own a truck from them. This was $110,000 for the truck. It was my own trucking company, Universal Express. I lost my business due to my home being burglarized by the FBI. I went to New York State prison, for two and a half years " Gun Safe Law Act ". I lost my truck, in which I had ten payments left. $30,000 left in

payments. I am sure that Brian Morrison can verify the FBI was in communication with him. Brian Morrison was my dispatcher and I moved , Prime Inc freight. This has happened at several different trucking companies—with similar scenarios of the FBI being involved with where I work. I'm sure they knew where all my loads picked up from and delivered to . These agents are slandering me by calling me a pedophile in which I'm absolutely not. This is a hate crime. There was loss of my commercial driver's license (CDL). These FBI agents have also been Interfering with me getting legal help: intercepting my phone calls, pretending to be others of who I am calling and I never get help. Legal Aid Society is a prime example of being denied help. These are the agency's I reached out to for help . NYS Attorney General Letisha James,, FBI, Home Land Security, Dept Of Justice, White House, NYS Governor, NYS Police & Internal Affairs, NYS Senate Joe Griffo , Herkimer county district attorney office & Oneida county district attorney office ,US New Your Representative Claudia Tenny, FBI Kash Patel, Vise President JD Vance, CIA and so many more and no rely or not one returned any of my correspondence. The FBI interferes with my lawyers. They call judges, DAs, and prosecutors and even witness . They are turning the wheels of justice backwards. The FBI determines my sentence with the courts behind my back. This is not fair or justice. The FBI interferes with the wheels of justice, dictating to my lawyers, and the courts what they want the final outcome to be. I have fired several public defenders, five in Schuyler, and one in Utica, for ignoring my evidence—the FBI is telling them what outcome they want. While I was on parole, they called my parole officer many times, trying to get me violated. I was on parole for the NYS Gun Safe Law Act for reporting my home being burglarized by the FBI. They are breaking into my home multiple times a day for over twenty plus years. I call the special agents "The Bad News Bears." I

have a lot to tell as you will read with them hiding cameras in my home, hiding cameras in my vehicles and work vehicles and my family and kid's homes .

I live at 311 Monaghan Lane, Utica NY 13502. I lived her for thirty-three years and bought my mobile home brand new from Skyline Mobile Homes and this is the park where I currently reside. I'm being forced to sell my home and vacate my tenancy from where I live. I'm getting eviction letters for loud music in which I'm not even home. My rent mysteriously jumped up seven-hundred dollars and this was unexplained. I never received my water bill credit, and on my renter's statement there are two separate legal fees of $250 each. I have a feeling this trailer park recently changed owners and I think the FBI purchased this trailer park using money that they stole from my grandmother/ my trust fund, who my grand mother passed away. She had millions of dollars in Exxon Oil stocks. My grandmother told me she her and my grandfather purchased the stocks sixty years ago and they never lost a dime. It was a good investment . Two years ago, the FBI/ Duke Properties locked me out of my home for being behind on the rent. I called Schuyler town court to get my court date postponed . I was in the road working as a truck driver. They would not post pone the court date. I missed the court date and I wake up to two Herkimer county Sheriff Deputies and a man beating my lock off the door with a hammer. I believe that man to be FBI because they only changed the front door locks and not the back door. I had metal plates screwed to the back door and wall so the door could not be opened with a key but who could know that ? Just me and who ever could see inside my home. They locked me out of my home and changed the locks. I believe there are a few special agents from the FBI that purchased this mobile home community and they are spending millions

of dollars revamping this low-level community. I believe it is my money they are investing. I bet they paid millions for the property. The name of the property is Duke Properties 3161 Union St North Chili, NY 14514, (585) 417-5703. In October 20, 2022. Lisa from Duke Properties, was supposed to meet me at my mobile home, in which they were going to purchase my home for $35,000. Lisa never showed up.

(B- 1 )I filed a complaint with the Human Rights Division for discrimination of being disabled, and this was for the eviction. I am waiting on an application for SSD.
(B -2 ) A copy of my eviction letter and the excessive rent billing and legal fees. I did get a call back from the Legal Aid Society for them to represent me.

I can't protect my property or privacy, and law enforcement does not protect me either—they are victimizing me. The NYS Police are the henchmen for the FBI. The FBI tells the state police what to do and they do it. I filed 75 police reports with the NYS police in Herkimer NY and I'm the only one getting arrested. The number of police reports I could of filed could easily be a few thousand . I try to go easy on them with the reports because I believed they were working on finding out who is behind this . Obvisiouky they are not doing anything and that in rages me. I've done everything the State Police told me to do from three different home security camera systems: like ADT, Blink, and Night Owl and two out door trail cameras that the sd memory cards came up missing. I never have any video evidence, nor can I keep them out of my home or my personal or professional life. I've exhausted all my legal remedies from local, state, and federal government agencies with no help whatsoever. These remedies are indexed as ( C ) .

**C-1 though C-15. There are printout of many agency's I wrote and emailed and called numerous times but I didn't print them all out as it would be to much to view.**

**(D- 1)** I went to Saccos locksmith on two occasions. On the first occasion, I described to them that my home was being broken into, and if they were letting any law enforcement into my home. They said no. I purchased locks from them and from several other retailers over several years. While I was in the hospital having spine surgery, I asked my neighbor, Rich, if he could get into my home to turn the heat on. He had hired Saccos to get into my home I had the keys with me It was $100. Rich also said my furnace was not working and he hired Standard Heating & Ac and that cost me $550.00. Two years earlier I spent $900.00 having the furnace repaired. I believe the FBI damaged my furnace it's becoming a normal occurrence at my home . I returned from the hospital, and several months later, I was still having break-ins into my home. I went to Saccos for the second time, and I showed them a picture of my mobile home because this has been an on-going problem for twenty-plus years. I'm treating Saccos as a hostile witness because there's only three people that work there, and when I had showed them the picture of my home, they should have had records that they got into my home from my request. I believe they're not telling me the truth. I believe they covering up evidence for the FBI. Due to the length of times that I've been having burglaries, the length that Saccos has been in business, and the length of time the FBI has been harassing me—this all equals twenty years across the board. I indexed these files **D1 to D4.**

I've changed my locks every 3 weeks for years and it's just a waste of money. The level of sophistication from the FBI breaking into my home is unbelievable. I can't keep them out of my home. I drilled the Philips-head markings off the screws, to keep them from unscrewing the lock. Another time I also mig welded the locks to the doors and I still can't keep them out of my home. Another time they grounded the key locks so I could not get a key in the lock . That was another lock set purchase. The FBI is robbing me blind. I can't hide anything anywhere and money and my personal items are gone when I come home.

( E- 1 ) I hired a US Secret Service Agent, TSCM Bug Sweeps, Joseph A. LaSorsa, to sweep my home for bugs, hidden cameras. This cost me $3605.00. They said they could not find any cameras. I know the FBI played a role in them not finding the cameras, because there is nothing that I can hide in my home with a value that is not stolen . Iv stood by the two trailers that they are occupying and I listen to them listing to my cell phone, I put a certain song on and I can hear it from there mobile home , iv done this several times to make sure I'm correct in what is happening . There one mobile home is is my back yard, it's not hard to hear them . I also hear them talking about me nonstop . There absolutely with out a doubt that I'm a piggy bank to them and at this point Iv spent all my saving to live on. I have no income besides my food stamps , I'm broke and it's all due to them.

(E- 2 )My mail is being intercepted and stolen. Iv also had my extra mail box key stolen. I filed a complaint with the postmaster. That paperwork is ( E-2) .

( E- 3 ) I added smart lightbulbs to help with the outside lighting of security cameras while I am not home. The NYS police advised me to do this. I followed every single step they advised me to do. The NYS police played me for a fool, having me make these purchases, when they know that the FBI is robbing my home.

( E- 4 ) My stolen cell phone, that tracked to the proximity of one of the mobile homes the FBI uses, and the NYS is not investigating this on my behalf.

( E -5 ) My stolen Bluetooth headset and cell phones have tracked to the proximity of the FBI several mobile homes . The state police, Investigator Perez, stated that I may have dropped my devices over there. Mr Perez has been pretty much useless. I still document everything thru text with him . Some text not so nice . I'm very frustrated with his lack of involvement.

I had ordered new locks from Amazon that show delivered and get them five days later. The FBI monitor's and see everything I do on my phone and that explains a lot of why I can't protect myself and everything else is going so wrong . They are taking my locks and making keys to my home. No one has my permission or consent to be in my home. The NYS Police are covering up their crimes as well as the FBI crimes. I have so many court cases going on and they are all lies: three DWI's, drugs, and the evidence/discoveries shows that I am innocent. NYS revoked my commercial driver's license forever. I drive tractor trailer with over two-million miles driven. Driving truck is how I support my family and it's my life .

( E -6 ) My Mom passed away in 2018 and she had issues with being robbed. Also, her cremation/ ashes/her urn was broken and her ashes were stolen. It doesn't get any lower than this .

In 2019, I went to NYS Prison for 2.5 years for the NYS Gun Safe Law Act . I was charged with a violent crime and no crime was committed other than my firearms not being NY compliant. I was charged with a crime but there was no real crime, and the gun charge is violent, but there was no violence. The guns were in my home, locked in a gun safe. C13- is my certificate of good conduct and certificate of relief and when I earned that back I was never able to buy a long arm I was always denied even though I should not of been . I did a appeal and four years later still no answers . It is the FBI playing with my constitutional rights and they stole my 2nd amendment rights from me . The NYS Gun Safe LawAct I was charged with the guns in question were my sons mothers we drove tractor trailer together and our down time we would go to the shooting range we had a great time doing it together. I went to prison for it and would not of gone to prison for in any other state. Also in NY if you owned the long arms we owned before a certain date you were grandfathered In. I fell a victim to NY States gun laws and a toy for certain FBI special agents that have it in for me.

Upon my release in 2022, I was receiving food stamps and I was charged with welfare fraud. (A-3 ) I was not committing fraud against anyone. I was just released from prison and on parole, Gun Safe Act. I was trying to get on my feet. Every time I get on my feet the carpet is pulled out from under me and I'm starting all over again. I'm getting too old to keep doing this. I had a goal like my father had to set my kids future up and they put a stop to that , they robbed almost everything my family has put aside for me . The FBI contacted my minor daughter Makenna I am her only legal guardian. Makenna lives with her mothers sister. Makenna mother passed away and the FBI told my daughter, I put my private male

part in her mouth and that is not true. My daughter will not talk to me because of this lie . The courts have my permission to talk to my daughter Makenna Mitchell (315)450-2894.

I bought a home in Jacksonville, Florida to get away from this mess and shortly after buying it, I had spine surgery.

( F- 1 ) I was unable to take care of myself so my Realtor, Leah Jung then turned into my property manager. Leah Jung, Real Estate Broker 649 Panther Lake Parkway Jacksonville, Florida. Her license # is 34864757, and her phone number is (904 )947-0067. This is my first home purchase and the price of the home increased by over $2000.00 and every month there are fraudulent repairs. I had to rent it out do to my spine surgery I am unable to take care of myself but I'm slowly improving.I've never received a full month of rent.
( F- 2 ) My front door was kicked in and I'm sure it was the FBI and I bet they hid cameras in my home. Also I'm not sure if Leah is a real real-estate broker or another FBI fraud/ scheme. I have a picture of a social media post of her . ( F-1)

**( F- 3 )** I had a girlfriend; Alison Duval and she was mentally ill. She lived in Saratoga Springs . Alison was originally from New Hartford, NY. Almost every time I was there at her home, the local police dept, Saratoga Springs Police Dept would show up there. I was arrested twice and she did not want charges pressed. The FBI was and is stalking her. FBI would call the police on me and they would also follow me there almost every time I went to see her. Alison house keys and vehicle keys were always missing, stolen . The property

management where she lived always had a complaint regarding her apartment it was the FBI making the complaints.

( F -4 )_Then, Saragota Springs court, Kayla Potter, the DA, did a two-year order of protection on me and Alison did not want that, Alison said she didn't want me arrested and all this happened to frequently. She moved to Florida. We were picking out a home in Cocoa, Florida-- 415 Churchill Drive and I was denied the loan for $50,000. I was putting down $140,000 cash and my loan was denied . The FBI I feel was pretending to be the bank I was applying for the loan and I lost about $4,000 in inspection fees. I'm pretty sure the FBI agent who harasses me daily from when I wake up until I go to sleep bought the home with the money he/she has been stealing from me throughout years. Alison called me, She was homeless in Florida. I drove 18 hours nonstop to get there and did not find her. A male was answering Alison's phone, and I believe it was the FBI, intercepting the phone calls. I never ended up finding her after she called me for help. I drove about 18 hours . I waited and tried to contact her for three days with no answer. I believe the FBI blocked both of our phone numbers so we can't contact each other. When she lived in Saratoga Springs, she told me that the cops came there, and took the new phone case I bought for her, and this phone case had camera covers on it. Also, in her home, she had a separate internet connection and it was not hers—hers was Spectrum. I called the Secret Service TSCM bug sweeps to ask him if I could send and ' for him to check out Alison smoke sectors for hidden cameras and he told me to throw them out. What business turns away a paying customer who has a serious problem? I found a modem hidden in her laundry room ( Verizon), and I believe that to be the FBI's internet with hidden cameras in her home. Then, she told me that she was forced into selling her $100,000 vehicle for

$6000.00, and I believe it was the FBI that scammed her out of it. She wouldn't tell me much like anyone else. They are bulling her and playing head games with her. Also, one night at my home, in Utica, at the mobile home, I was sitting in my home watching the security cameras. Alison was in my truck—and I had seen her running frantically and naked across my front lawn. I got out there immediately, and brought her into the house. She was scared to death. I went outside to look around, and both doors of my tractor trailer cab doors open and it appeared that somebody else entered my truck, which caused her to run out. Alison said to me that she was scared to walk my dog around the corner. My belief is that the FBI is hassling her and is still hassling her. On January 29, 2023, at 729am, we were doing a FaceTime phone call, and she was in Saratoga Springs, and she told me that she was raped three times. I could never get any information from her what really happened and I did not pressure her. I did in fact tell investigator Perez . Also, she had a match.com dating account. She was getting several messages from several guys, sending inappropriate pictures to her. I believe it was the FBI, and I believe they have multiple accounts. I believe they are taking advantage of her because of her mental state, she is mentally ill. They knew everything about her and with multiple accounts they could not loose. She asked me to help her, and I deleted her account. She said that one guy was creeping her out sending inappropriate pictures to her. There is a common denominator to all of this and it's a few bad apples of the FBI, and their illegal use of technology. This technology that the FBI is utilizing is warfare on the general public that's needs to stop. Iv been a victim for so long, I started to figure out what they are doing . A lot of trial and error and tons of my own investigation. .

I've exhausted all my legal remedies on the state and federal side. I've written so many agencies so many times with no replies or help. I also called Legal Aid Society and they said they can help. Then, they call back and say that's not what they do. I'm getting the run around and something is happening behind closed doors. It's the FBI. They are in a few mobile homes just doors away from me. They taunt me from when I wake up until I go to sleep. They identify themselves as the FBI but then won't identify themselves . They tell me things I've done twenty plus years ago . My Florida home had the door kicked in... also, my grandmother's home in Chicago had the rear door kicked in.

(F -5 ) My grandmother, Evelyn Kubiak, had a lot of money. It's been a long time in the making as the FBI has been stalking me and figuring out a way to embezzle us and they did just that. I believe they have seen the money and the value of my and my grandmother's properties, and I believe that's when all of these arrests started happening to me, it was pre meditated by the FBI's plan all along. The stole my inheritance and I believe the sold my grandmothers home for a million dollars . My grandmothers and my fathers homes were suppose to be mine, that's what there plan always was.

The FBI are the only ones that have no jurisdictions. I'm sure when you figure out what agents are committing these illegal acts, there will be reimbursement/ receipts that will show their whereabouts: Chicago, IL, Marydel, Delaware, Jacksonville, Florida and in Wisconsin. Their phone records and electronics should be on a subpoena for proof of evidence , that they did call my employers that they were calling local and state authorities and that they traveled to the above city and states which it can be proven.

( F- 6 ) Many years ago, I applied for the Philadelphia police dept in Pennsylvania. I went to their academy for the educational testing and the physical pt exam. I had the required 60 college credits in criminal justice and I passed everything. I was on a waiting list for a year and a half and I never heard anything. I've been black-balled for many years to some rouge FBI agents who just victimize me.

My passwords are always changed on my social media accounts . Several times I have sat under a blanket to change my passwords. I have gone out side to change my passwords trying to avoid the hidden cameras in my home but iv come to realize that it's a bigger problem than that. They are hacked into my cell phone and can see everything I do. The FBI phone hacking capabilities are unbelievable, they are mirroring my screen, they see my location , they see my passwords and they can view thru my front a rear camera of my I-Phone. This is a major problem because they are seeing my banking and credit card info and everything else also listing to all my phone calls and reading my email and text messages as I do in real time. I have several iPhones because I though I was hacked so I'd buy another one and iv changed my phone number so many times trying to get them off my phone from home phone to cell phones. When I leave my home I always have to take all three of my cell phones out with me because many times before I did , I'd come home to see broken phone screens. It took me a while for me to figure out why my phone screens were constantly being broken and that's because it's easier for them to monitor one cell phone vs three cell phones and they were doing the same thing to my girlfriend Alison. When ever I leave my home I have to take several things with me so they won't be stolen or damaged, it's a nonstop daily inconvenience . Also, there are naked pictures of me that

were put on my Facebook my trucking group and its not by me, nor do I, or will I ever consent to someone posting nude pictures of me anywhere . No one has ever had my consent to do that and it's happened many times in my Face Book Group. As I'm writing this I can hear them out side , I yell to them to stop viewing my phone and they said they will never stop, a male voice .

They are in my home every time I leave. They broke the shelves in my new refrigerator. They broke my shelves off the closet walls. They took my speakers out of the cabinets. They steel my clothes and tools. They stole all my mom's jewelry. I've had several new couches and it never fails that when I come home the legs are broken off the couches and the padding in the cushions are pulled out. They steal all my paper towels, toilet paper, tissues, garbage bags food and cleaning supplies . They unscrew my doors from the framing probably to slide the whole frame out vs trying to pick the lock or wait for the lock smith to gain entry.. They have broken several windows and also left behind a hook that they used to unlock my windows with , I sent investigator Perez the pictures of the evidence. (F-7) is a wire from my drive way ADT camera that they cut the white wire and try to hide it with white tape even though the camera didn't work because they cut the wire, not to smart on there end and I would bring the evidence to the troopers barracks because they would not collect it and they still would not accept it, frustrating how long this has and is been going on for . I put a new floor in the hallway and they pulled that up. I put new paneling in the bedroom and they pull that off the walls. I bought crown molding and they cut them short. The broke my mom's whole bedroom set from the bed frame to every drawer in all three dressers . They steal food. I have a kegerator and come home from

truck driving, out on the road for three weeks to find the keg is empty, and that happened twice, and they damaged it. I replaced the front door and rear door because they damaged them so bad and now, they've done the same thing to the new ones by prying them open . This is not the type of behavior you'd expect from law enforcement and it's nonstop for over twenty years. They have keys to all my vehicles. I can't leave or hide anything in them, they get stolen. They have hidden cameras everywhere including my home, closets, shed, and my vehicles outside . This is taking a mental toll on me. They take my vehicles and leave no gas in them. They stole my driver's license. I could write a book on all the negative things they have done to me, but I included a lot of evidence in pictures that the NYS Police would not take . Investigator Perez has all the information and he tells me it's not happening . I brought my cell phones in and Perez said that the so-called FBI guy couldn't find that any one was hacking into my phone. He said that nothing like this is happening . Three members of the NYS police came to my home, left me with paperwork of a cocaine psychosis, and they told me to not contact Internal Affairs. I did in fact contact Internal Affairs and to my knowledge they are absolutely not doing a dame thing. They are trying to bully me. Iv contacted Internal Affairs several times. My problem gets swept under the rug every time. I'm still being pull me over and arrested. The FBI & NYS Police are both trying to silence me. I lost my 2nd amendment rights and they took about $30,000 in guns from me because of the Gun Safe Law Act. They violate my 1st amendment rights with retaliation from the FBI. They violate my 4th amendment rights with illegal search and seizure. My 6th & 14th amendment right violate my due process . My 8th amendment rights are violated for having cruel and unusual punishment. My civil rights are being violated all across the board and it's not ok. They are taking my privacy, liberty

and life to pursue happiness away. My life is pure hell every day. No one should ever have to go through this, EVER.

My mother and I were very financially poor during the last few years before my mom died. She was supposed to get a settlement from NYS Insurance fund and she was arrested for fraud. She worked 7-hours over the limit. She only made $150-$200 a week. I believe the FBI had her arrested and then stole her settlement. These are a nasty group of individuals. They belong in prison. They commit so many crimes just in my home it makes my stomach turn.

I've been fighting the FBI for several years and it's not a fair fight. I'm no match for their technology who think you fight the very people who are supposed to protect you. it's abuse of power and technology. I'm fighting a losing battle and I'm hoping the federal court can see what they are doing because it is not believable, but the evidence shows a massive corruption ring of organized crime. They are using taxpayer's money to fund their criminal activities. This is me against a team of professionals and I'm not doing anything wrong. Also, these agents are running the drug trade on the streets of Utica. Yes, they are dealing drugs . The former owner of this trailer park, Bill Leary was cooking up crack cocaine for the FBI in his nephew's mobile home around August 2026. I was arrested that day because the female FBI agent said my girlfriend Alison was there being drugged and rapped. Town of Schuyler Court trial date pending on my charges. As I'm writing this, they are outside, me. They are saying that I won't like what they are going to do. They are threatening me, Then, they said they will call my lawyer Murad & Murad and screw me out of my workers

comp claim. They also threatened to call my other attorney and put an end to my malpractice lawsuit. They've been calling my attorneys behind my back and try to change the outcomes of my court cases to their favor. These guys are very dangerous and should be off the streets. I'm in fear for my life. These FBI guys get guys arrested to get with their girlfriends. They also had me arrested and once I was arrested then they broke into my home. They robbed my belongings and hid more cameras in my home this is a normal assurance for them. I'm taken back every time I notice they were in my home. I recently painted my bathroom ceiling and I left to go to the store when I returned home, my home was broken into again. I am sure they his more cameras in the bathroom. I know so many different places where they have hidden cameras. ( G ) My Dad, Walter F. Kubiak passed away November 7, 2024. Before he passed away, he said that his two buildings in the historic district of Chicago were mine 1109 N Winchester & 1335 N Campbell Ave, but don't be greed... meaning his wife still lives there. He also left me my cousin's guns and I believe my cousins home in Illinois that had water damage to a water pipe that broke and he has a camp in Wisconsin on the Mississippi River all this is being hidden by interference from The FBI who has robbed so much of my inheritance and tried to prevent me from finding out by making me loose my drivers lis, no easy way to travel to my out of state properties, by interfering with my passed dads wife and having her file a order of protection soon after his passing.. My dad passed and his wife Cindy McKay Kubiak who lives at the Winchester street house did not let me attend my dads funeral. She filed a petition for a order of protection (H) and this document was served to me by Herkimer county sheriff dept. The one document labeled (H) it was done by the FBI also missing page 1, served two days after the courts zoom meeting. It also has the funeral home for my dad on the top of the

page is why I believe it to be a fraudulent document. The order of protection petition I guess never was granted. I called NYS Police and they looked me up and did not see any orders. In addition my dads estate lawyer Matt Margolis (847)457-3377 would not give me the proper information, I needed to proceed. The FBI is interfering in every aspect of my life and making it hard for me to figure out what is real and not. They are playing head games with me on every level. My cousin Danny passed away several years ago. He was retired from the Chicago police as an officer and left my dad with his house in Chicago, and also a camp in Wisconsin.. I've been screwed over this. I'm not collecting any rent from these two buildings that have six apartments. I talked to my dads estate lawyer, Matthew R. Margolis- (888) 457-3373, and he no longer represents my dad's wife. He is an estate lawyer. He would not give me the info I needed. My Dad was pretty wealthy and the life insurance did not add up $13,000. It was short, the mathematics did not add up it was too small for this policy. I'm not having any communications with my dads wife so I can't figure out who is screwing me over more, Cindy or the FBI. I also believe the FBI are robbing my dads wife. (H5) My cousin Daniel F. Kmetry is now passed away he was a Chicago police officer and I believe they stole his two properties and emptied out his bank accounts along with his sister Patty who also passed away. I was next of kin. Patty was physically disabled. There seams to be a problem with the FBI when someone dies, they come and clean them out and then cover it up. There rain of terror stops with me. My cousin Ann Marie Spina Coulp (315) 723-4696 is in contact with my dads wife as she says and I believe she is saying what the FBI tells her to say. In the year 2022 I wrote the FBI in Albany NY a 15 page letter and I was off on mist everything I wrote but they never responded to me in any way, it was a certain few off them who knew I was figuring out all

there madness and they been blocking me from getting the help I need . I also gave a copy of that Ruth draft letter to Investigator Perez and he basically laughed at me. Mr Perez actions doesn't meet the needs for his role as a investigator . He's just along for his retirement not the commitment he swore a oath to up hold . They are using my cousin as there puppet. My cousin Ann called me up and told me to remove a FaceBook post for a post I made about (H-6) Melizia Daniel's who is supposedly a comedian from Ohio who make hundreds of video post relating to me and so many others, not bad post but relating to what is going on in my life. He knows what is going on . Ann stated to me he wanted to come to my house and say something to me about removing my post . I said I didn't tell her I saw him two mobile homes away from mine a few days earlier but I said to her he's a comedian from Ohio. I believe he's FBI but as I looked him up he has a booking photo (H-7) . (H-8) (H-9) (H-10) These pictures I took and they are two mobile homes and a vehicle believed to be FBI. It all doesn't add up but the FBI is controlling everything . They're showing me how powerful they are by tv shows like Tool time, late night talk show Jimmy Fallon and a local guy who own Forever Leather And I'm sure there are more that I just can't remember. My other cousin Rita Abraham (808) 740-1788is also aware of what's going on with the FBI because they taunt me out side my window and said things that only my cousin Rita would know but she is not telling me the truth when I ask her just like my other cousin Ann. The FBI is playing a dirty game of trying to win my family over to better rob me . I payed a lawyer, John Raspante, $8000.00 to fix my driver's license and then he basically robbed .he did not do what he was payed to do. I filed a grievance against him and nothing was done . The FBI I'm sure the FBI called the the grievance Commity in Syracuse and gave them there nonsense story because the FBI had my lawyer fluff my case

off. That's my hard earned money that the FBI is behind the scenes trying to keep me trapped and controlled so I don't figure out that they robbed me blind. They ruined my life and it's still going on . My Dad's wife does not drive and my dad has 2 cars in the garage a Cadillac and a Corvette and my dad's wife is playing a game with me. (H11) My grandparents purchased several grave sites for the Kubiak family and because I'm next to kin I signed one plot over to my dads wife so she could be buried next to him. I also believe the FBI already forged my name and gave my dads wife her plot behind my back but everything is being covered up by the FBI . My dads wife know the truth to this. .My Dad gave me a receipt for his bank account with over 2 million in it. That was one account, and all his wife Cindy gave me was $160,000. I bought a home in Jacksonville, Florida that I've yet to see because of all of my court dates and no driver's license thanks to the FBI playing games with my dad's wife and lawyer and now there is a new lawyer a puppet for the FBI.. My first home that I was supposed to buy, I believe an FBI agent purchased the home. He's been screwing me on everything I do in my life , between the cameras in my home and them sitting on my phone. I can't do anything without them interfering in my life.

My Grandmother, Evelyn Kubiak passed away October 8, 2020, at 99 years young and she was a multi-millionaire . My Grandmother lived in the historic district of Chicago and she had a lot of money invested in the Exxon oil stock market. It never failed and it was a great stock and it was supposed to be inherited to me. I am her only grandchild. One day, my grandmother's back door was kicked in. I also received seven burial plots that my grandfather purchased for the family. One plot, I gave to my dad's wife so she could be buried next to my dad with her husband. I believe the FBI stole her money because they

stole my driver's license and my dad's wife stopped talking to me. There is something that is not right. The FBI is robbing me, and that explains why they been monitoring me 24/7-365 days for over 20 years. I believe their reasoning is that they want to see if I figure out that they robbed me. It also explains why I keep getting arrested. They are trying to slow my investigation down and, in the process, ruining my life. All I can only come up is that they robbed the money and that's the only reason I can rationalize them continuing to monitor me. (I) this is a short summary of my child support that I always pay and $4,356.18 was taken out Of my PNC bank account for child support. That money that the FBI had there hands in on it was my inheritance and child support/FBI called me pretending to be child support. The lady I would work with out of Jefferson county Regina is who they pretended to be and wanted me to send a email in giving that sum of money over and I didn't and I knew Regina was promoted to a better position with child support. (I-1) I had another incident that two of my cards one debit and one credit card were stolen from my home and both used the NYS Police have pictures of the suspects and license plate numbers and no arrest. I asked them for the pictures they told me to foil request them. I did a FOIL request on January 26,2026 and till this date November 1st iv yet to receive the FOIL. Its been ten months later and no FOIL. I believe the man that the state police showed me a picture of at the ATM is a FBI agent. (I-2) is a picture of my son and I and his mother relaxing in a less expensive inflatable spa in the my living room in which drano was poured in it. The house smelled so bad. (I -3) is many reports from CPS child protective services and we did loose our son for almost a year. On July 25th 2026 the NYS Police broke my shoulder/arm in 3 places excessive force the FBI played a role in the background. I was placed under citizens arrest and the state police charged me with obstruction. (I 5) is

earlier complaints to the NYS police Sergeant Fountain and a list 3 pages of items that were stolen and so many more items to this present point in time. Iv documented all mist every incident with investigator Perez of the NYS Police through text messages. He told me it wasn't happening. I asked him to have the FBI check my phone to see who was victimizing me, this was early on before I had a clue that it was the FBI. I sat there for three hours while a so called FBI agent as Mr. Perez said and they found nothing. They took my phone under false pretense . They played a game all along with me and the crimes against me have still not stopped. The State police no longer respond to my 911 calls. Its a cover up and abuse of power from the ones who are suppose to protect me. They all took a oath . (I 6) this is pictures of them mocking what they do to me on social media Tic Tok and I can't view the normal things it's all there post , mocking my life. One vehicle I bought for $500.00 2007 Nissan Maxima it wasn't in bad shape I put $3000.00 into it at first I did most of the work then I had my spine surgery and my hands would not work so I had it at my friends shop auto mani in which a guy by the name of Shawn (315) 749-3971 I payed to finish the car it took a year for him to get it back to me and it didn't start . Last week I junked it for $240.00 to get it out of my drive way. Another vehicle I had at my friend Nate Jacobs (315) 723-7321 to put a radiator in it, he never finished it 6 months later . I got it home and trying to fix it, not to easy my hands don't work . Nate was assaulted with a left black eye by the FBI agent who was trying to get him to say I knew about a missing girl who I absolutely know nothing about . ( I-7) A man now know to me by the name of Carlos Rodriguez broke into my home and assaulted me and I didn't figure out who he was till I say his face first on FaceBook then when I was working. After the struggle in my home he lost his knitted winter hat that the NYS Police recovered his DNA and investigator Perez showed me a

photo lineup of six individuals and the photos were so enlarged that I couldn't make a positive id but that shouldn't of mattered they have his DNA and at least four years later no arrest. The FBI set up this murder for hire and it went wrong. You find him you find the truth. I sent him a FaceBook message to give a true statement of what and why he committed his crimes against me and I drop his charges I also told Perez that and he never messaged me back but my first message to him was he left his hat in my house. He blocked me and then I was unblocked, he probably wanted to know who the FBI sent him after. He never came forward so let justice take its course. ( I-8) is a receipt of my night owl security cameras that I no longer use, the only one I caught is Carlos and after that my footage was being deleted or as I was watching it , it would fast forward by someone else controlling it . ( J 1-17) is a small variety of some of the damages that the FBI is doing in and on my property and damages to my Florida home . Investigator Perez I treat as hostile has the full list of all the damages and he knows who is behind it all and to my knowledge is doing nothing about it, because it's been going on for over twenty plus years. Thus FBI individual is a monster and is the reason I don't have transportation , there is something serious wrong with this agent . I think their/FBI bank accounts should be investigated when you figure out who these corrupted agents are. They are destroying me. I can't write enough to tell you how bad it is. I need the help from a real court . The new lawyer taking over for my dads previous estate is Paul Kulas (773) 486-6645 and when I talked to Him it felt that they called the FBI agent and who ever I was talking to Paul or the FBI not sure if it was the lawyer. Paul said he found another $150,000 and I would get $75,000 and it would have to go to probate . Nothing that is going on makes sense they are just finding more money? (K ) as I been writing and printing all this out, someone broke into my home again and

broke my printer. I have no money but counted up my change and went to Walmart and purchased the cheapest printer they had. When I leave my home I have to take it with me. ( k-3 ) this is a picture of lock covers that I use over my regular door lock front door and rear door and they still get it. They also just pry my back door open. ( K-4 ) a few years ago I went to Slocum Dixon I had a pice of rust in my eye they removed it and wrote me a prescription for antibody . The eye doctor called me and asked me if I took a bottle of something from the office I said no. I went to Walmart pharmacy to pick up my prescription and they said they didn't have anything . I didn't think a script was called in and four months later this script was put in my cabinet. Someone from the FBI picked up my script also I had a bottle of Viagra taken from my medicine cabinet. They are a little bit to comfortable in my house. I had a appearance in Schuyler Town Court and Judge Luther told me I had a trespass warrant coming down the pipe not to leave town. I appeared in court after being served my violation ticket and Judge Luther is no longer a Judge there. There is now a new Female Judge there replacing him. I believe the FBI had this Judge fired for telling me I had a warrant coming. The FBI is screwing me over and many others that I associate with. This Judge only works a few hours a week on Monday night only and I'm not happy that they took this man's income away. Another time I went to lay on my couch and I smelled feces and it was coming from my pillow, someone took a dump in my feathered pillow case. I threw it out. The FBI male and female have been out side many times to many to count saying I was sleeping with my mom. I'm pretty sure they purchased the trailer park I live in with my inheritance. They are pausing my Spectrum internet that's when they enter my home and I would not get security alerts. (K1) 8/18/2026 I called 911 six times for my power being turned off from my circuit breaker box out side. I had a

chain and lock on it and it was prayed apart ( J-16) I also called NYS Police Herkimer barracks that who responds to my area and Trooper Clayton did not send any one to investigate and I just had my first shoulder surgery that she was part of the excessive force . Ever since I filed a civil claim against NYS Police they don't respond to the criminal activity that is being done to me . The FBI is controlling this Herkimer barracks and not in a good way . The FBI thinks they are the complaint the Judge, Jury and the executioner . There are no checks and balances going on here. The agents are the cause of the problems and they are behind the Scenes interfering with the wheels of justice . ITS impossible to defend my self because they are causing the problems and preventing me from getting legal help due to them monitoring all my phone calls and all activities. They are following me every where with the eye in the shy and listing the the microphone on my cell phone.. some of my basis may be a little off but that's because they are causing the interference to keep me from finding the facts. They are hiding something and that something is my family "Kubiak" inheritance. There are a few bad apples making it look bad for the FBI. These agents have total disregard for there oath and for the US Constitution . We have our children in the military loosing there lives for our freedoms and these rouge agents don't believe in our Constitution . These agents lost there way they are not defending us they are victimizing us ! Lawyer John Raspante who I filed a grievance against had the nerve to tell the grievance Commity that I said to him that I do the illicit drug "meth" Iv never done meth and I also had a neighbor ask me if I could get her meth . It's the FBI behind that . In 2019 just after my mom passed I had so many court cases going on I spent almost all of my moms life insurance on private lawyers some where around $50,000 and I still went to prison for the gun safe law act for 2.5 years flat. ( K-2) 5/18/2026 12:06 pm my new and first pair of

prescription glasses were stolen off my kitchen table and my door locks the part that locks the door to the frame was reversed do you couldn't actually lock the door , just push it open but you would think it was locked if you didn't know better . The Troopers are always at my home till a few weeks ago weather I'm trying to report a crime or for what ever else is going on but the neighbors think I'm a dip shit and I'm not the problem . Because of everything that's is going on my credit went from a 720 to 421 , due to my rental in florida, getting scammed out of rent and Fraudulent repairs. I know longer have a tenant . I can't afford the taxes or insurance . Iv had five orders of protection placed on me and I have no idea why but the FBI is behind them all. These agents do not sleep. They should be drug tested and it should be supervised . The male FBI is always late at night telling me to come out with my hands up and my paints down, I'm under arrest . Another time I went to Walmart & then Planet Fitness to come out and the money i left in my locked car, center counsel was stolen. Every night I'm having verbal arguments with them. They are saying a range of things to the newest that I better have the rent or I'm out . I'm waiting on SSD and Social Services won't help other than food stamps . Social Services paid a month of my National Grid and put me on a two year repayment plan at $13.31 a month. I have no income . I just called Catholic Charities for assistance . Nothing is normal in my life and hasn't been for many years now and they are controlling my money and trying everything to control me and send me to prison . ( K-5 ) On the other side of the trailer park there is a trailer that the FBI occupied and then they moved out . I called Bill Leary and asked him if I could go look inside as I went in a male yelled at me from another trailer I believe to be FBI . I went in a found a few things that were from my house one item is a coffee mug that was my moms , it proves they are robbing my home . Minutes after coming out of the mobile home the NYS

Police showed up and started questioning me . I told them I had permission and what I found . They didn't care . I find that hard to believe after all the burglaries that I'm having and they left . Its was the FBI who once again called them . The FBI is playing with my freedom and money . ( K-6 ) This is a picture of a gun safe I purchased for my valuables and my moms and my Jewelry . They were able to get the passcode and they stole all my moms jewelry, two diamond gold chains and the only way they possibly could pull this off is with hidden cameras to see me punch in the passcode . I took it another step and added two chains with two different pad locks and that worked for about two weeks and they were right back in my safe. No matter how much I try to keep them out of my home I can't . ( L ) is a few printouts of everything that is being done to me by the FBI and they are feeding into my viewing stream of Tic Tok. This may kind of seam like a comic book of there post but none of these Tic Tok post are made by me , All the post are done by them and a nick name I made for my self many many years ago I call myself is " The chosen one ". There are many post by them and I'm sure we can pin point a suspect by there hand writing . The lady from the FBI claims she is psychic if that helps locate her . I'm sure at the FBI head quarters in Albany NY they know who she is . ( M ) is a page of witness that I consider hostile because they are my friends, employment , bossiness and family who are not telling me what they know and I know they know. They are laughing in my face and the face of justice . I am hoping that's the courts can see what is happening and take the mask off Lady Justice , I need your help with this . Four years ago I tried to commit suicide over all this . I called NYS Police and again no police responded. I am in fear for my life. This FBI problem I'm having goes far beyond me , there are so many others going thru the same problems that will never figure out what is going so wrong in there lives. I'm here for the

people by the people to protect the people from people like them. I am asking the courts to make me whole again criminal record , commercial drivers lis, financially . Mentally it can't be fixed. Finically I suing in the sum of four hundred million .

Gene A. Kubiak

311 Monaghan Lane

Utica, N.Y. 13502

(315) 790-2500

11/3/2026